```
                                                    FILED
                                                   AUG - 3 2005

1   Bingham McCutchen LLP
    DAVID M. BALABANIAN (SBN 37368)              RICHARD W. WIEKING
2   CHRISTOPHER B. HOCKETT (SBN 121539)       CLERK, U.S. DISTRICT COURT
    JOY K. FUYUNO (SBN 193890)               NORTHERN DISTRICT OF CALIFORNIA
3   Three Embarcadero Center
    San Francisco, CA  94111-4067
4   Telephone:  (415) 393-2000
    Facsimile:  (415) 393-2286
5
    Attorneys for Defendant
6   Intel Corporation

7

8               UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10              SAN FRANCISCO DIVISION

11

12  PETER JON NAIGOW, individually and on    No. C-05-2898-MHP
    behalf of all others similarly situated,
13                                           STIPULATION AND [PROPOSED]
              Plaintiff,                     ORDER TO CONTINUE FILING DATE
14     v.                                    FOR DEFENDANT'S RESPONSE TO
                                             PLAINTIFF'S COMPLAINT
15  INTEL CORPORATION, a Delaware
    corporation,
16
              Defendant.
17
```

18         IT IS STIPULATED BY AND BETWEEN THE PARTIES, THROUGH THEIR

19  COUNSEL AS FOLLOWS:

20         Pursuant to Civil Local Rule 6-2, Plaintiff Peter Jon Naigow and Defendant Intel

21  Corporation hereby stipulate that Intel Corporation's response to Plaintiff's complaint shall be

22  due either 60 days after transfer of the above captioned case pursuant to any motion to coordinate

23  or consolidate pre-trial proceedings per 28 U.S.C. Section 1407 or, in the alternative, 45 days

24  after any such motion has been denied. The parties request this transfer because the plaintiffs in

25  *Brauch, et al. v. Intel Corp.*, No. C 05-2743 (BZ) (N.D. Cal., filed July 5, 2005), a related matter,

26

1  have filed a petition to coordinate or consolidate pre-trial proceedings per 28 U.S.C. Section

2  1407, and the above-styled action has been identified as a related action to that petition. As a

3  result, the outcome of the pending petition will impact significantly the schedule of this case.

4      This is the first stipulation between the parties. Because this litigation has just

5  begun, granting such a stipulation will not have any negative impact on the schedule of this case.

6  IT IS HEREBY STIPULATED.
7  DATED: July __, 2005

8      Bingham McCutchen LLP

9

10

11      By:_____
    JOY K. FUYUNO
    Attorneys for Defendant
12      Intel Corporation

13

14

15      Law Offices of Jeffrey F. Keller

16

17      By:_____
    JEFFREY F. KELLER
18      Attorneys for Plaintiff
    Peter Jon Naigow
19

20

21

22

23

24

25

26

**[PROPOSED] ORDER TO CONTINUE DEFENDANT'S RESPONSE DATE**

IT IS HEREBY ORDERED that Defendant Intel Corporation's response to Plaintiff's complaint shall be due either 60 days after transfer of the above captioned case pursuant to any motion to coordinate or consolidate pre-trial proceedings per 28 U.S.C. Section 1407, or, in the alternative, 45 days after any such motion has been denied.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: __8/2__, 2005

Honorable Marilyn Hall Patel
United States District Judge